CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JERMAINE C. TALFORD, | ) | CASE NO. 7:15CV00387 |
| | ) | |
| **Petitioner,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD CLARKE, | ) | By: Hon. Glen E Conrad |
| | ) | Chief United States District Judge |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that respondent's motion to dismiss (ECF No 7) is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** with prejudice; petitioner's renewed motion for bond pending habeas review (ECF No. 20) is **DISMISSED** as moot; and the clerk shall **STRIKE** the action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER:** This 10th day of May, 2016.

_____
Chief United States District Judge